FILED

03/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0469

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0469

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHESTER BAUER,

    Defendant and Appellant.

## ORDER

Upon consideration of Unopposed Motion for Extension of Time to File Reply to Brief of Appellee and Declaration in Support, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including April 15, 2022, within which to prepare, file, and serve Reply to Brief of Appellee.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 10 2022